UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SOO YEUN KIM,

         Plaintiff, : 05 Civ. 7271 (HBP)

  -against- :

                    ORDER

SOON R. KIM, et al., :

         Defendant. :

----------------------------------X

       PITMAN, United States Magistrate Judge:

       The parties having reported a settlement, it is hereby ORDERED that the complaint in this matter is dismissed with prejudice and without costs subject to the matter being reinstated for good cause shown within sixty (60) days of the date of this Order.

Dated:  New York, New York
       August 14, 2006

                                   SO ORDERED

                                   HENRY PITMAN
                                   United States Magistrate Judge

Copies transmitted to:

James D. Neville, Esq.
Michael A. Taub, Esq.
Omrani & Taub, P.C.
23rd Floor
535 Fifth Avenue
New York, New York  10017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-06

Dorothea M. Plunkett, Esq.
Doreen J. Correia, Esq.
Robin, Harris, King, Yuhas, Fodera & Richman
30th Floor
One Battery Park Plaza
New York, New York  10004-1437

John W. Kondulis, Esq.
James G. Biello & Asociates
875 Merrick Avenue
Westbury, New York  11590